**STATE OF LOUISIANA**     *     NO. 2018-KA-0877

**VERSUS**     *     COURT OF APPEAL

**ERIC YOUNGBLOOD**     *     FOURTH CIRCUIT

     *     STATE OF LOUISIANA

     *

     *
* * * * * * *


**BARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT.**